ACCEPTED
04-15-00428-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 6:22:10 PM
KEITH HOTTLE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FOURTH JUDICIAL DISTRICT
### OF TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/03/15 6:22:10 PM
KEITH E. HOTTLE
Clerk

Case No.  04-15-00428-CR

---

**JESSICA YVETTE GARANZUAY**

**Vs.**

**THE STATE OF TEXAS**

---

**Appeal from the County Court at Law #6**
**Bexar County, Texas  Trial Court No. 420081**
**Honorable Wayne Christian Presiding**

---

## MOTION FOR VOLUNTARY DISMISSAL

---

OSCAR L. CANTU, JR.
Attorney at Law, PLLC
507 South Main
San Antonio, Texas 78204
(210)472-3900 Phone
(210)354-2996 Fax

R3Oscar@aol.com

**MOTION**

COMES NOW, Oscar Cantu, Counsel for Defendant-Appellant, and files this, her

Motion for Voluntary Dismissal and would show unto the Court as follows:

1.     The Appellant's Brief was due in October of 2015 in this case.

2.     Counsel for the Appellant has been diligently working on this appeal and has resolved all

issues. The Appellant agrees to dismiss her appeal and return jurisdiction to the County Court for

further hearings on this matter and to confirm that all restitution has been paid as ordered.

3.     Counsel hopes that the Court will grant this dismissal and return jurisdiction to the

County Court of origin, Bexar County Court at Law 6.

WHEREFORE, PREMISES CONSIDERED, Appellant moves the Court to dismiss

this Appeal.

Respectfully submitted,

By:__/s/ by Oscar Cantu_____
OSCAR LUIS CANTU, JR.
Attorney at Law, PLLC
Oscar "JR" Cantu
Texas Bar No. 03767448
507 South Main
San Antonio, Texas 78204
Tel. (210) 472-3900
Fax. (210) 354-2996

Attorney for Appellant, Jessica Garanzuay

AGREED TO:

Jessica Guaranzuay, Appellant

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document was filed with all parties to this Appeal via hand delivery or facsimile transmission as indicated below:

Appellee: District Attorney's Office facsimile transmission to (210)335-2436
on this, the 3rd day of November, 2015

_____/s/by Oscar Cantu_____
Oscar Cantu